Magistrate Judge Paula L. McCandlis

CERTIFIED TRUE COPY
ATTEST: RAVI SUBRAMANIAN
Clerk, U.S. District Court
Western District of Washington

By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> v. <br> SHAWN MANSBERRY, <br> Defendant. | CASE NO. MJ23-098 <br><br> COMPLAINT for VIOLATION <br><br> Title 18, U.S.C., Section 1709 |

BEFORE, Paula L. McCandlis, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

### COUNT ONE

### (Theft of Mail by Postal Employee)

Beginning at a time unknown, but within the last five years, and continuing until on or around March 10, 2022, in Snohomish County, within the Western District of Washington, and elsewhere, SHAWN MANSBERRY, a United States Postal Service

Complaint - 1
*United States v. Mansberry* / MJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

employee, did embezzle and steal letters, mail, and any articles and things contained therein which had come into the defendant's possession intended to be conveyed by mail.

All in violation of Title 18, United States Code, Section 1709.

And the complainant states that this Complaint is based on the following information:

I, Alan G. Hancock, being first duly sworn on oath, depose and say:

1. I am a Special Agent with the United States Postal Service, Office of Inspector General ("USPS OIG"). I have been a Special Agent with the USPS OIG since May of 2005. Prior to becoming a Special Agent, I was a Postal Inspector for approximately two years. I am currently assigned to the Seattle Field Office, which is part of the Western Pacific Area Division of the Office of Inspector General. I am authorized to enforce the laws of the United States regarding mail and to investigate major crimes committed against the United States Postal Service ("USPS"). I have been trained and have experience in criminal investigations pertaining to violations of Title 18, United States Code, Chapter 83, relating to postal service crimes, and have conducted several investigations relating to postal service crimes.

2. The information contained in this affidavit is based upon knowledge I gained from my investigation, my personal observations (including my examination and review of physical evidence obtained during the investigation), my training and experience, and investigation by and conversations with other law enforcement officers and postal management officials. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not set forth every fact that I, or others, have learned during the course of this investigation. As a result of this investigation, I believe that SHAWN MANSBERRY committed the crime *Theft of Mail by Postal Employee*, in violation of 18 U.S.C. § 1709.

3. SHAWN MANSBERRY was a City Letter Carrier at the Lynnwood Post Office in Lynnwood, Washington. The Lynnwood Post Office is responsible for

Complaint - 2
*United States v. Mansberry* / MJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

delivering mail that is addressed to locations within the ZIP codes 98036, 98037, 98043, and 98087. I determined through a review of postal records that MANSBERRY had been employed with the U.S. Postal Service since May 26, 2018. MANSBERRY's duties as a City Letter Carrier included: (i) delivering and collecting mail on foot or by vehicle under varying road and weather conditions in a prescribed area; (ii) maintaining professional and effective public relations with customers and others; (iii) having a general familiarity with postal laws, regulations, products, and geography of the area; (iv) protecting all mail, money, and equipment entrusted to his care; (v) returning all mail, money, and equipment to the post office at the end of the workday; and (vi) not placing mail in his pockets or clothing, lockers or desks, or in parcels, hand grips, lunch containers, or other luggage.

4. This investigation was instigated following a complaint received on or around July 16, 2021 from USPS customer R.L., who mailed a colored greeting card in June of 2021 containing four Amazon gift cards worth $200.00. According to R.L.: (i) the greeting card was mailed to an address with the ZIP code 98043 but did not arrive at its intended destination; and (ii) Amazon confirmed with R.L. that the gift cards were redeemed on June 12, 2021.

5. I sent a subpoena to Amazon requesting the Amazon account information for the person(s) who redeemed the gift cards that R.L. sent. On or around September 13, 2021, Amazon responded that an account under MANSBERRY's name had redeemed those gift cards.

6. I then searched postal records and determined that MANSBERRY was assigned to deliver mail on City Route 61, which is located in Lynnwood, WA 98087 and consists of residential houses and apartments that mainly have locked Centralized Box Units for mail delivery. MANSBERRY also assisted with the delivery of mail in other ZIP codes covered by the Lynnwood Post Office as needed.

Complaint - 3
*United States v. Mansberry* / MJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

7. In December of 2021, I also received a complaint from USPS customer M.K. regarding missing greeting cards that were mailed to her home address and which contained cash, checks, and gift cards. I determined that M.K. lived within the delivery area of City Route 61 (i.e., the same route to which MANSBERRY was assigned to deliver mail).

8. In December of 2021, I mailed test greeting cards containing Target and Walmart gift cards to M.K.'s home address in Lynnwood. I spoke with M.K. and confirmed that she did not receive any of these test greeting cards. I also determined that the gift cards inside of the test greeting cards had been redeemed. Thereafter, I obtained video surveillance footage from Target and Walmart, which revealed that an individual bearing MANSBERRY's image and likeness (as compared to his Washington driver's license photograph and to covert video surveillance of MANSBERRY's workplace activities) redeemed all the gift cards inside of the test greeting cards on December 15, 2021; December 24, 2021; and December 27, 2021.

9. On January 31, 2022, a covert camera was installed inside of MANSBERRY's postal delivery vehicle. A review of the resulting footage showed that, on almost a daily basis from February 1, 2022 to March 10, 2022, MANSBERRY opened outgoing and incoming greeting cards and concealed this same mail on his person or in his dark colored backpack.

10. On March 10, 2022, following the execution of a search warrant on MANSBERRY's person and backpack, agents seized 31 mail items not addressed to MANSBERRY and 6 parcel locker keys that MANSBERRY was not authorized to have in his personal possession. During an interview later that day, MANSBERRY admitted to agents that he stole mail due to his gambling issues.

11. Further investigation revealed that MANSBERRY obtained gift cards, cash, and other items of a total value of $742.75 as proceeds of this offense. MANSBERRY

Complaint - 4
*United States v. Mansberry* / MJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

further caused victims to incur $120.00 in fees to stop payments on checks that were mailed.

Based on the above facts, I respectfully submit that there is probable cause to believe that SHAWN MANSBERRY committed the crime of *Theft of Mail by Postal Employee*, in violation of Title 18, United States Code, Section 1709.

*[signature]*
ALAN G. HANCOCK, Complainant
Special Agent, United States Postal Service

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this __1st__ day of March, 2023.

*[signature]*
PAULA L. MCCANDLIS
United States Magistrate Judge

Complaint - 5
*United States v. Mansberry* / MJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

CERTIFIED TRUE COPY
ATTEST: RAVI SUBRAMANIAN
Clerk, U.S. District Court
Western District of Washington

By _____ Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. MJ23-098 |
| SHAWN MANSBERRY | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Shawn Mansberry ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Theft of Mail by Postal Employee, in violation of Title 18, United States Code, Section 1709.

Date: 03/01/2023

*Issuing officer's signature*

City and state: Seattle, Washington

Paula L. McCandlis, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Shawn Michael Mansberry
Known aliases: N/A
Last known residence:
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth: Pennsylvania
Date of birth: 12/08/1988
Social Security number: 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
Height: 5'08"   Weight: 220
Sex: M   Race: W
Hair: BLK   Eyes: HAZ
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 414151WC9
Complete description of auto:

Investigative agency and address: USPS-OIG, Seattle

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

OCDETF Case  ◯ Yes  ⦿ No